UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
IN ADMIRALTY

| | | |
|---|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 09-CV-4431 |
| vs. | ) ) ) | Judge Hibbler |
| RYAN DOLAN and REGIONS BANK, | ) ) ) | |
| Defendants/Counterclaim Plaintiffs | ) ) | |

**PLAINTIFF'S MOTION ENTRY OF JUDGMENT ON AWARD OF COSTS**

COMES NOW the Plaintiff, MARKEL AMERICAN INSURANCE COMPANY (hereinafter "MARKEL"), by and through its undersigned attorneys and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, and the applicable Local Rules for the United State District Court for the Northern District of Illinois, files the present motion to have this Court's January 18, 2013 award of costs entered as a judgment against the Defendants, RYAN DOLAN, and REGIONS BANK, and states as follows:

1. On January 18, 2013, following this Court's summary judgment order, as well as a motion by the Plaintiff brought pursuant to Fed. R. Civ. P. 54(d)(1), this Court awarded the Plaintiff $1,549.40 in costs.

2. To date, Defendants have failed to pay the costs awarded to Plaintiff.

3. In order to enforce this Court's order of January 18, 2013 and to collect the $1,549.40 in costs awarded by the Court, a separate document evidencing the entry of judgment against the Defendants in the amount of $1,549.40 is required to be entered by the Court and Clerk under Rule 58(a) of the Federal Rules of Civil Procedure.

1

4. Because both Defendants are named insureds under the disputed policy of marine insurance, Plaintiff hereby requests that as part of the judgment, this Court enter judgment in the amount of $1,549.40 against both Defendants, jointly and severally, so that Plaintiff may collect the entire award of costs entered by this Court from either Defendant.

WHEREFORE, Plaintiff, MARKEL AMERICAN INSURANCE COMPANY, hereby requests that this Court enter judgment against Defendants, RYAN DOLAN and REGIONS BANK, jointly and severally, in the amount of $1,549.40 for the costs awarded to Plaintiff pursuant to this Court's January 18, 2013 Order, and grant any and all such further relief as may be appropriate.

Dated: February 20, 2013

Respectfully submitted,

Markel American Insurance Company

*By: /s/ Christopher M. Cano*
One of Its Attorneys
BOLLINGER, RUBBERY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661
(312) 466-8000

GOLDMAN & HELLMAN
Attorneys for Plaintiff
800 S.E. 3rd Avenue
4th Floor
Ft. Lauderdale, Florida 33316
(954) 356-0460

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2013, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

/s/ Christopher M. Cano